IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HAROLD L. DORTCH, #298 361, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-381-WKW |
| | ) | [WO] |
| OFFICER OMAR BOYNES, | ) | |
| NURSE GENO LYSYKANYEZ, | ) | |
| NURSE JACKSON, and | ) | |
| WARDEN PATRICE RICHIE | ) | |
| JONES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On July 19, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 3.)  Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 24th day of August, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE